UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-cv-22114-MARTINEZ-BECERRA

CARLOS BRITO

    Plaintiff,

v.

MARTIN BROTHERS
ENTERPRISES, INC., *et al.*,

    Defendants.

_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge Jacqueline Becerra to take all necessary and proper action as required by law with respect to:

**All matters relating to Plaintiff's Motion for Default Judgment, (ECF No. 16).**

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (Case Number: 21-cv-22114-MARTINEZ-BECERRA).

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of February, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record